# ALABAMA COURT OF CRIMINAL APPEALS



December 6, 2024

**CR-2024-0055**
Oddesius Lacharles Bryant v. State of Alabama (Appeal from Covington Circuit
Court: CC-22-257 and CC-23-298)

## NOTICE

You are hereby notified that on December 6, 2024, the following action was taken in the above-referenced cause by the Court of Criminal Appeals:

Application for Rehearing Overruled.

D. Scott Mitchell, Clerk